UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BARRY DON & NANCY CHRISTINA HICKMAN | ) ) | Chapter 7 #10-73696 |
| | ) | |
| DEBTORS. | ) | |

## **MOTION FOR TURNOVER**

NOW COMES James R. Inghram, Trustee, and in support of his Motion for Turnover, states:

1. On December 10, 2010, Debtor filed a Chapter 7 Voluntary Petition in Bankruptcy and the undersigned was appointed as Trustee.

2. Debtors appeared at their 341 Meeting of Creditors on February 7, 2011, and testified that they pleadings were accurate and true.

3. The Debtors scheduled household goods and furnishings having a value of $2,880.

4. The Trustee's appraiser, John Laurenzana, value the household goods and furnishings at $6,500.

5. Debtors did not schedule or exempt their 2010 Tax refund of $2,790.

6. On the date of filing Debtors had $3,285 in their bank account, and not the scheduled $202.

7. Trustee contacted Debtors' Attorney Dees on August 23, 2011 to have Debtors turnover funds equaling the non exempt value of their personal property to the Bankruptcy estate.

6. The Debtors apparently refuse to do so.

WHEREFORE, James R. Inghram, Trustee prays this Honorable Court enter an order compelling the Debtor to turn over the sum of $7,224.45 or alternatively the non exempt portion of their personal property having a value of $7,224.45.

/s/ James R. Inghram
James R. Inghram, Trustee

## **CERTIFICATE OF SERVICE**

      I, James R. Inghram, certify that an exact copy of the above and foregoing instrument was filed electronically with the Bankruptcy Court on October 7, 2011 to be served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. Bankruptcy Court to:

- Matthew J Cate    matthewcate@barberlaw.com, matthewcate@hotmail.com
- Brian J Dees    brian@deeslawoffice.com, ronda@deeslawoffice.com;brian.deeslaw@gmail.com
- James R Inghram    bankruptcy@inghramlaw.com, IL52@ecfcbis.com
- Thomas C Pavlik    tpavlik@delanolaw.com, delano@delanolaw.com
- Mark D Thielen    attorneys@thomsonlaw.net, mdt@thomsonlaw.net
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

 

*/s/ James R. Inghram*
James R. Inghram, Trustee

James R. Inghram,
Chapter 7 Bankruptcy Trustee
INGHRAM & INGHRAM
529 Hampshire Street, Suite 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Facsimile: 217-222-1653
E-mail: inghram@inghramlaw.com